# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Boston Scientific Corporation, | ) |
| and | ) CIVIL FILE NO. 16-cv-03041-WMW/DTS |
| Boston Scientific SciMed, Inc., | ) |
| Plaintiffs, | ) |
| v. | ) |
| Mackin Medical, Inc., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), each of the parties hereto, acting through their undersigned attorneys of record, hereby **STIPULATE** and **AGREE**, that the above-captioned action ("this Action"), including any and all claims and counterclaims, may be dismissed in its entirety, with each party to bear its own costs and attorneys' fees and without further notice to any party. The parties additionally stipulate and agree that this Court shall retain jurisdiction to enforce the terms of the parties' confidential settlement agreement in this Action.

**IT IS SO STIPULATED.**

                                                                  Respectfully submitted,

Dated: July 26, 2017                       **FAEGRE BAKER DANIELS LLP**

                                                                  */s/ Elizabeth Cowan Wright*
                                                                  Elizabeth Cowan Wright (#0387126)
liz.wright@FaegreBD.com
Lauren M.W. Steinhaeuser (#0392477)
lauren.steinhaeuser@faegrebd.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

ADMITTED PRO HAC VICE
Kevin M. Flannery -- LEAD ATTORNEY
kevin.flannery@dechert.com
**DECHERT LLP**
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Attorneys for Plaintiffs*
*Boston Scientific Corporation and*
*Boston Scientific SciMed, Inc.*

Dated: July 26, 2017                       **MERCHANT & GOULD**

                                                                  */s/ Heather J. Kliebenstein*
John A. Clifford (#0134181)
jclifford@merchantgould.com
Heather J. Kliebenstein (#0337419)
hkliebenstein@merchantgould.com
Linhda Nguyen (#0397262)
lnguyen@merchantgould.com
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

ADMITTED PRO HAC VICE

Frank J. Bonini, Jr.
John F. A. Earley III
Harding, Earley, Follmer & Frailey, P.C.
86 The Commons at Valley Forge East
1288 Valley Forge Road
Post Office Box 750
Valley Forge, PA 19482-0750
Phone: 610-935-2300
Fax: 610-935-0600

***Attorneys for Defendant
Mackin Medical, Inc.***